UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:14-CR-00385-1 |
| | § | |
| SAYDEL BELTRAN-RODRIGUEZ | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).[1] Detention of the defendant pending trial is required because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant is currently on probation from Florida. The defendant did not have the permission of his probation officer to leave the state of Florida and his departing Florida was a violation of his probation. Further, the defendant currently has active felony warrants from Florida and is in federal custody pursuant to a writ of habeas corpus *ad prosequendum*. The defendant is either unwilling or unable to comply with court ordered supervision. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

---

[1] The defendant previously waived the detention hearing without prejudice and the undersigned allowed the defendant to re-open the detention hearing.

practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 16th day of June, 2014.

Jason B. Libby
United States Magistrate Judge